UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DE LA CRUZ,<br><br>                Plaintiff,<br><br>        v.<br><br>MADERA COUNTY SHERIFF'S DEPUTY RYAN VERMEULEN,<br><br>                Defendant. | No. 1:20-cv-01070-DAD-BAM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Doc. No. 3) |

Plaintiff Jason De la Cruz is proceeding with counsel and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiff has made the showing required by section 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

   Dated:  **August 5, 2020**                    /s/ Barbara A. McAuliffe       _
                                                UNITED STATES MAGISTRATE JUDGE

1